

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2019

No. 04-19-00831-CV

Leticia R. **BENAVIDES**,
Appellant

v.

Linda Cristina Benavides **ALEXANDER**, As Guardian of the Person and Estate of Carlos Y
Benavides, Jr.,
Appellees

From the County Court at Law No 1, Webb County, Texas
Trial Court No. 2011PB6000081L2
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Appellant's motion for an extension of time to file the notice of appeal is granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 27th day of November, 2019.

_____
Michael A. Cruz,
Clerk of Court